## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JEFFREY G. MEYER and            CASE NO.: 3:21-cv-01088-HES-LLL
ANNE G. MEYER,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT
## BETWEEN PLAINTIFFS AND BANK OF AMERICA, N.A.

Defendant, BANK OF AMERICA, N.A. ("Bank of America"), and Plaintiffs, JEFFREY G. MEYER and ANNE G. MEYER ("Plaintiffs") hereby notify the Court that they have settled this action between them in principal and are in the process of finalizing the settlement paperwork.

Dated: May 3, 2023.

| *Counsel for Plaintiffs, Jeffrey & Anne Meyer* | *Attorneys for Bank of America, N.A.* |
|---|---|
| By: s/ *Joseph W. Janssen, III* | By: */s/ James R. Liebler, II* |
| JOSEPH W. JANSSEN, III | JAMES R. LIEBLER II |
| Florida Bar No. 160067 | Florida Bar No. 115348 |
| Email: jjanssen@jasilaw.com | E-mail: JRLII@lgplaw.com |
| JOHN M. SIRACUSA | IRA SCOT SILVERSTEIN |
| Florida Bar No. 15967 | Florida Bar No. 0009636 |
| Email: jsiracusa@jasilaw.com | E-mail: iss@lgplaw.com |
| JANSSEN, SIRACUSA & KEEGAN PLLC | LIEBLER, GONZALEZ & PORTUONDO |
| 120 South Olive Avenue, Suite 50 | Courthouse Tower - 25th Floor |
| West Palm Beach, FL 33401 | 44 West Flagler Street |
| | Miami, FL 33130 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James R. Liebler, II*
JAMES R. LIEBLER II